# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LAWRENCE EDWARD MARTIN**
**ADC #106491**                                              **PETITIONER**

v.                        No. 5:18-cv-112-DPM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                        **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts the recommendation, № 3, and overrules Martin's objections, № 4. FED. R. CIV. P. 72(b)(3). Martin's petition is a successive one; he can't file it without permission from the United States Court of Appeals for the Eighth Circuit. Martin's motion for leave to proceed *in forma pauperis*, № 1, is denied. His petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2018