IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE EDWARD MARTIN
ADC #106491                                                         PETITIONER

v.                          No. 5:18-cv-112-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                   RESPONDENT

## JUDGMENT

Martin's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2018